## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

EDWARD W. URBAN, Individually and on
Behalf of All Others Similarly Situated,

               Plaintiff(s),

               v.

GW PHARMACEUTICALS PLC, JUSTIN
D. GOVER, and ADAM DAVID GEORGE,

               Defendants.

Case No. 16-cv-00472-RWS

Hon. Robert W. Sweet

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)( ii)**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-16

The parties hereby stipulate to the dismissal of this action without prejudice by the undersigned Plaintiffs as to Defendants GW Pharmaceuticals, PLC, Justin D. Gover, and Adam David George (collectively, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as grounds therefore state as follows:

WHEREAS, Plaintiff Edward W. Urban filed a putative class action complaint against Defendants on January 21, 2016;

WHEREAS, the Court appointed Douglas Kirk Ingoldsby, Angelika G. Johnson, Douglas Rosen, and Robert Wortman as Lead Plaintiffs in this action on April 4, 2016;

WHEREAS, the Amended Class Action Complaint that is to be filed by June 15, 2016 has not yet been filed;

WHEREAS, this action has not been certified as a class action; and

WHEREAS, in consideration of the covenants and agreements contained in this Stipulation, the undersigned parties hereby stipulate and agree as follows:

1.      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed without

prejudice by Lead Plaintiffs, as well as Plaintiff Edward W. Urban as to all Defendants, with each side to bear its own attorneys' fees and costs incurred in connection with this action;

2.      This dismissal shall not affect or alter the rights, if any, of any absent members of the putative class to pursue claims separate from the above-captioned action, and shall not affect Defendants' rights or defenses against any such claims;

3.      The parties mutually agree not to seek or assert any claim against the other(s) or their counsel for fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11) and/or any other claim that the above-captioned action was brought or defended in bad faith; and

4.      This Stipulation shall not be construed against any party, but shall be construed as if the parties jointly prepared this Stipulation, and any uncertainty or ambiguity shall not on ground of authorship or otherwise be interpreted against any one party.

THEREFORE, it is hereby stipulated and agreed by all undersigned parties that this action be dismissed without prejudice against the undersigned Plaintiffs as to all Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: June 15, 2016                    Respectfully submitted,


POMERANTZ LLP                           THE ROSEN LAW FIRM, P.A.

By: _____            By: _____
Matthew L. Tuccillo                     Phillip Kim
Jeremy A. Lieberman                     Jonathan Stern
600 Third Avenue, 20th Floor            275 Madison Avenue, 34th Floor
New York, New York 10016                New York, New York 10016
Telephone: (212) 661-1100               Telephone: (212) 686-1060
Facsimile: (212) 661-8665               Facsimile: (212)
Email: mltuccillo@pomlaw.com            Email: pkim@rosenlegal.com
jalieberman@pomlaw.com                  jstern@rosenlegal.com

*Counsel for Plaintiff Edward W. Urban and*   *Counsel for Movant Robert Wortman*
*Movants Douglas K. Ingoldsby, Angelika G.*
*Johnson, and Douglas Rosen*


KATTEN MUCHIN ROSENMAN LLP              KATTEN MUCHIN ROSENMAN LLP

By: _____            Christina L. Costley
Bruce G. Vanyo                          2029 Century Park East, Suite 2600
575 Madison Avenue                      Los Angeles, CA 90067
New York, NY 10022                      Tel: (310) 788-4400
Tel: (212) 940-8800                     Fax: (310) 788-4471
Fax: (212) 940-8776                     Email: christina.costley@kattenlaw.com
Email: bruce@kattenlaw.com
                                        *Counsel for Defendants GW Pharmaceuticals*
                                        *PLC, Justin D. Gover and Adam David George*



**SO ORDERED:**

_____
U.S.D.J. 6. 20-16