Sweet, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-16

---

EDWARD W. URBAN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff(s),

v.

GW PHARMACEUTICALS PLC, JUSTIN D. GOVER, and ADAM DAVID GEORGE,

    Defendants.

Case No. 16-cv-00472-RWS

Hon. Robert W. Sweet

**DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

---

**[PROPOSED] ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(ii)**

**WHEREAS,** the Court has considered the Stipulation of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed without prejudice by Lead Plaintiffs Douglas Kirk Ingoldsby, Angelika G. Johnson, Douglas Rosen, and Robert Wortman and Plaintiff Edward W. Urban as to all Defendants, with each side to bear its own attorneys' fees and costs incurred in connection with this action as set forth in the Stipulation;

2. This dismissal shall not affect or alter the rights, if any, of any absent members of the putative class to pursue claims separate from the above-captioned action, and shall not affect Defendants' rights or defenses against any such claims;

3. The parties shall not seek or assert any claim against the other(s) or their counsel for fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11) and/or any other claim that the above-captioned action was brought or defended in bad faith.

4. The Stipulation shall not be construed against any party, but shall be construed

as if the parties jointly prepared it, and any uncertainty or ambiguity shall not on the ground of authorship or otherwise be interpreted against any one party.

**SO ORDERED.**

Dated: __6-20__, 2016

_____
HONORABLE ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK